# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HOPE F. LOTT**                                                                   **PLAINTIFF**

**V.**                                                 **NO. 4:15-CV-00011-DMB-JMV**

**LOOMIS ARMORED US, LLC**                                      **DEFENDANT**

## ORDER

On April 5, 2016, Plaintiff Hope F. Lott filed a Stipulation of Dismissal with Prejudice, signed by Defendant Loomis Armored US, LLC, stipulating "pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice with each party bearing its own costs." Doc. #23. Accordingly, the Clerk of Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 21st day of April, 2016.

                                                     **/s/ Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**